## Lower Saucon Township School District, Appellant, *v.* Bethlehem Steel Company.

Argued January 10, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Morris Mindlin,* with him *Mindlin, Sigmon, Briody & Littner,* for appellant.

*Alfred T. Williams, Jr.,* with him *H. P. McFadden,* and *McFadden, Riskin & Williams,* for appellee.

OPINION PER CURIAM, March 19, 1963:
Judgment affirmed.